UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| OLLNOVA TECHNOLOGIES LTD., | |
| Plaintiff, | Case No. 9:22-cv-80388-DMM |
| v. | **JURY TRIAL DEMANDED** |
| CARRIER GLOBAL CORPORATION, | |
| Defendant. | |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Ollnova Technologies Ltd. and Defendant Carrier Global Corp. agree there will be confidential information exchanged in this case. Accordingly, the parties respectfully request that the Court enter the agreed proposed Protective Order, attached hereto as Exhibit A.

Dated: August 1, 2022

Respectfully submitted,

By: /s/ Joshua D. Martin
Joshua Martin
Johnson & Martin, P.A.
500 W. Cypress Creek Road
Suite 430
Fort Lauderdale, FL 33309
(954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

Brett E. Cooper (*pro hac vice*)
(NY SBN 4011011)
bcooper@raklaw.com
Marc A. Fenster (*pro hac vice forthcoming*)
(CA SBN 181067)
mfenster@raklaw.com
Seth Hasenour (*pro hac vice*)
(TX SBN 24059910)
shasenour@raklaw.com

1

Drew B. Hollander (*pro hac vice*)
(NY SBN 5378096)
dhollander@raklaw.com
Reza Mirzaie (*pro hac vice forthcoming*)
(CA SBN 246953)
rmirzaie@raklaw.com

RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Ollnova Technologies Limited*

By: /s/ Mark A. Romance

Mark A. Romance
Florida Bar No. 021520
mromance@daypitney.com
lmiller@daypitney.com

**DAY PITNEY LLP**
396 Alhambra Circle
North Tower, Floor 14
Miami, Florida 33134
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

Jonathan R. Spivey (*pro hac vice*)
Texas Bar No. 24002989
Email: jspivey@polsinelli.com
LaTasha M. Snipes (*pro hac vice*)
Texas Bar No. 24072504
Email: tsnipes@polsinelli.com
Jahnathan L.D. Braquet (*pro hac vice*)
Texas Bar No. 24125998
Email: jbraquet@Polsinelli.com

**POLSINELLI PC**
1000 Louisiana Street, Suite 6400
Houston, Texas 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601

*Attorneys for Defendant Carrier Global Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on August 1, 2022 with a copy of this document via the Court's ECF system.

    /s/ Joshua D. Martin
Joshua D. Martin